IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

VS.                           Case #5:08CV00106 JMM

JUNIOR O. BURDAN;
BRENDA K. BURDAN;
Husband and Wife;
TENANTS (Known or Unknown)
of 214 West Ash Street, McGehee,
Desha County, Arkansas                                       DEFENDANTS

ORDER CONFIRMING MARSHAL'S SALE

Now on this day there is presented to the Court the report of sale of the United States Marshal for the Eastern District of Arkansas, made pursuant to the judgment entered in the above-captioned case on February 5, 2009. It appears to the satisfaction of the Court that the time, terms and place of said sale were advertised as required by law in a newspaper regularly issued and having general circulation in Desha County, Arkansas, for four consecutive weeks, the last publication being on March 25, 2009, and that the said sale was held at the Desha County Courthouse, Arkansas City, Arkansas, on April 2, 2009, at 10:30 a.m., in conformity with the judgment of this Court. At such sale Farm Service Agency, U.S. Department of Agriculture bid the sum of $5,000.00, and that being the highest and only bid offered, the property was then sold to Farm Service Agency, U.S. Department of Agriculture.

IT IS, THEREFORE, ORDERED that the actions of the said United States Marshal in advertising and making such sale be, and the same are in all respects,

approved by the Court, and the purchase price of $5,000.00, shall be paid to the United States of America, and the Department of Agriculture, Farm Service Agency. The expense items reported by the United States Marshal in the amount of $291.50 and hereby approved by the Court.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by an order separately entered in conformity with local practice, with copy of the Marshal's Deed attached thereto. The Marshal is directed forthwith to deliver the deed to the purchaser named in his report of sale and that he be given possession of said property on demand. The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefore, directed to the United States Marshal, who shall proceed to place the purchaser Farm Service Agency, U.S. Department of Agriculture in possession of the property.

DATED: 6/10/09

UNITED STATES DISTRICT JUDGE