IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                                    Case #5:08CV00106 JMM

JUNIOR O. BURDAN;
BRENDA K. BURDAN;
Husband and Wife;
TENANTS (Known or Unknown)
of 214 West Ash Street, McGehee,
Desha County, Arkansas                                               DEFENDANTS

## ORDER APPROVING MARSHAL'S DEED

On this day Robert G. Howard, Jr., United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to Farm Service Agency, U.S. Department of Agriculture, the purchasers of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said Robert G. Howard, Jr. acknowledges that he has executed said deed to the purchasers for the consideration and purposes therein mentioned and set forth; and it is ORDERED by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED: 6/10/09

_____
UNITED STATES DISTRICT JUDGE



This Space Reserved for Recording Information

## MARSHAL'S DEED

WHEREAS, in a certain Civil Action No. 5:08cv00106 pending in the United States District Court for the Eastern District of Arkansas, Pine Bluff Division, wherein UNITED STATES OF AMERICA was plaintiff and JUNIOR O. BURDAN, BRENDA K. BURDAN, Husband and Wife, TENANTS (Known or Unknown) of 214 WEST ASH STREET, MCGEHEE, DESHA COUNTY, ARKANSAS were defendants, a judgment was entered on February 5, 2009, directing the foreclosure of a certain mortgage executed by Junior O. Burdan and Brenda K. Burdan to the United States of America, and ordering a sale of the property encumbered by said mortgage; and

WHEREAS, the undersigned Robert G. Howard, Jr., United States Marshal for the Eastern District of Arkansas, duly conducted the sale authorized and directed in said judgment, which sale was held at public auction on April 2, 2009, after advertisement for the time and in the manner prescribed in said judgment, and in all respects in accordance with the directions contained therein; and

WHEREAS, at said sale a representative of the Farm Service Agency, U.S. Department of Agriculture, an agency of the United States of America, was the highest and only bidder, bidding for

said property the sum of $5,000, the property then being struck off to such representative at that price; and

WHEREAS, such sale was duly reported to the above-described Court;

NOW, THEREFORE, with the approval of and by direction of such Court, for the considerations aforesaid, and in order to carry into effect the sale conducted as aforesaid, the undersigned United States Marshal hereby grants, sells and conveys unto the United States of America, Farm Service Agency, U.S. Department of Agriculture, its successors and assigns forever, all of the right, title, interest, equity and estate of plaintiff, United States of America, and all defendants to this action in and to the following property situated in Desha County, Arkansas, to wit:

Lot 6, Block 8, Original Town of McGehee, Desha County, Arkansas.

TO HAVE AND TO HOLD the said property unto the said United States of America, acting by and through the Farm Service Agency, U.S. Department of Agriculture, its successors and assigns forever, with all appurtenances thereunto belonging.

IN WITNESS WHEREOF, I have hereunto set my hand on this 9th day of June, 2009.

Robert G. Howard, Jr.
United States Marshal

PREPARED BY:
Richard M. Pence, Jr.
Assistant United States Attorney
Post Office Box 1229
Little Rock, AR 72203
(501) 340-2600

# ACKNOWLEDGMENT

STATE OF ARKANSAS )
)
COUNTY OF PULASKI )

BE IT REMEMBERED on this day appeared before the undersigned Notary Public, duly qualified, commissioned and acting within and for the County and State aforesaid, United States Marshal for the Eastern District of Arkansas, who stated and acknowledged to me that, pursuant to the judgment entered by the United States District Court for the Eastern District of Arkansas in the proceedings referred to therein, he had so signed and executed the foregoing Marshal's Deed for consideration, uses and purposes therein mentioned and set forth.

IN TESTIMONY WHEREOF, I have hereunto this 9th day of June, 2009, set my hand and official seal as such Notary Public.

*Kimberly K. Squires*
Notary Public

My Commission Expires:

7-12-12

